**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 06-61823-CIV-UNGARO-BENAGES

GREGORY LASKY and ADVOCATES
FOR DISABLED AMERICANS,

    Plaintiff,

v.

WENDY'S OF N.E. FLORIDA, INC.,

    Defendant.
_____/

## ORDER DISMISSING COUNT II OF THE COMPLAINT

THIS CAUSE is before the Court upon the Motion to Dismiss contained within Defendant's Answer, which was filed as part of the Notice of Removal (DE 1, Ex. B).  The Court has considered the motion, the pertinent portions of the record, and is otherwise fully advised in the premises.  Defendant filed its Motion to Dismiss Count II, prior to removal of this action to federal court in early December.  Although Defendant did not file a memorandum of law to support of its motion pursuant to Local Rule 7.2, the parties have since agreed to dismiss Count II of the Complaint.  Accordingly, it is

    ORDERED and ADJUDGED that Count II of the Complaint is hereby DISMISSED.

    DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of February, 2007.

*[signature: Ursula Ungaro]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record